IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| PAUL-KENNETH CROMAR,<br><br>Plaintiff,<br><br>v.<br><br>WANDA I. MANLEY,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-cv-00224-DBB<br><br>District Judge David Barlow |

IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

Signed October 7, 2020.

BY THE COURT

David Barlow
United States District Judge