FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

OCT 1 9 2020

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK



Paul-Kenneth: Cromar.
- the secured party of the name "PAUL KENNETH CROMAR", and,
Barbara-Ann: Cromar.
- the secured party of the name "BARBARA ANN CROMAR",
c/o 9870 N. Meadow Drive
Cedar Hills, Utah-State: uSA [84062]

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **Paul-Kenneth: Cromar,** | **MOTION FOR** |
| Plaintiff, | **EXTENSION OF TIME** |
| vs. | **TO ARGUE** |
| **Wanda I. Manley,** | Case No. 2:20-cv-224-DBP |
| Defendant. | (Removed from the Utah County Justice Court / Fourth Judicial Utah County, Case No. 208100052) |

## Motion for an Extension of Time to Argue

1. *C*omes now, Paul-Kenneth: Cromar and Barbara-Ann:Cromar., secured parties for the names above, as a living man and woman on the land, hereby Defendants [*en pauperis*], *sui juris*, in the above captioned action, who hereby moves this court under Federal Rules of Civil

1

Procedure Rule 6, and (Utah Civil Rules of Procedure 6(b)) for an extension of time to file a responsive filings to the Defendant's *Motion for Dismissal* and *Motion for Protective Order*.

2. In support of said request for an extension of time to plead, Defendants state the following:
    a. On the evening of September 24, 2020, a 75-man multi-agency SWAT assault occurred on the Defendant Cromars' home of 9870 N. Meadow Dr., in Cedar Hills, of Utah; and,
    b. The unarmed Defendants were arrested without a warrant and their quiet residential home and neighborhood terrorized, and all the contents "obtained" by the "new owners"; and,
    c. Despite three weeks of numerous requests, which began from the moment of Defendants' arrest, followed by various requests to the Sheriff's office, to the Utah County Prosecutor's office, and in two preliminary hearings on the record in Utah District Court, the Defendants' high-end Mac computer, numerous external drives, monitor, printer, etc., containing the only complete record of ALL the Defendants 2 years and 9 months worth of court documents, research and evidence needed for their defense and claims of fraud and denial of due process and a Trial, -- the Prosecutor's office just informed the Defendants on afternoon October 12th that the "new owner" has reportedly "discarded" (destroyed evidence) all this equipment, court documents, and evidence, etc.; and,
    d. Additionally, the defendant Paul-Kenneth: Cromar, without the "discarded" Mac computer and related equipment, has now also been deprived of the of video editing, productions in various forms of completion, audio & video files, and related software necessary for family income as a professional film producer / director; and,
    e. Reconstruction of the court files, research, and evidence, *(as well as video projects)* as far as is possible to reconstruct, will require a massive effort in time and resources; and,
    f. Plus the newly discovered need to obtain additional proof referenced within newly unsealed US DISTRICT COURT document (August 21, 2020) with evidence of possible RICO violations and fraud perpetuated by specific individuals on the Defendants, the US District Court and the Tenth Circuit Court of Appeals, and in other related cases; and,
        (NOTE related cases in Plaintiff's pursuit of Justice includes: UTAH FOURTH JUDICIAL DISTRICT COURT (Provo) civil cases #190400494, #196410645 #200400972, #201402860 & #201402868, – and in U.S. DISTRICT COURT (SLC) 2:09-cv-1102, 2:17-cv-01223-RJS-EJF, 2:19-cv-0255-TDD, 2:20-cv-224, 2:20-cv-625)

g. That in the interests of fairness and impartiality in the administration of justice, the Defendants pray this court grant an extension of time to the Defendants of 75-days (60-days minimum) to plead and reply on the court, with submission promised as possible within the grace window, to promote the speedy justice desired by the Defendants; and,

h. This extension is necessary in order for the Defendants to meet properly reply and move the court, outside the normal timetable imposed within the regular court process, which also herein simultaneously requests a STAY OF ANY ACTION that may have occurred since the time leading up to and since the SWAT of September 24, 2020; and,

i. This extension should begin today with recommendation of the expiration of the court imposed date of Tuesday, December 30, 2020; and doing so,

j. While reserving the right to correct and amend this filing as necessary.

Respectfully presented to the court on this 16th day of October, 2020,


by: *[signature]*  /s/
Paul-Kenneth: Cromar,                    Barbara-Ann: Cromar,
c/o  9870 N. Meadows Drive               c/o  9870 N. Meadows Drive
Cedar Hills, UT   [84062]                Cedar Hills, UT   [84062]
*sui juris* in *forma pauperis*          *sui juris* in *forma pauperis*

## CERTIFICATE OF SERVICE

I, ~~[Name]~~ *Paul-Kenneth: Cromar* certify that a true copy of the attached *Motion for Extension of Time* has been served as identified below to the following:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683              Certified Mail: _____

WILLIAM P. BARR
UNITED STATES - Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001                Certified Mail: _____


by, *Paul-Kenneth: C*
:Paul-Kenneth: Cromar
c/o 9870 N. Meadows Dr.
Cedar Hills, Utah [84062]

October 16, 2020



U.S. POSTAGE PAID
PM 1-Day
PLEASANT GROVE, UT 84062
OCT 16, 20
AMOUNT
$14.15
84101  R2305P151574-14



UNITED STATES POSTAL SERVICE

7019 2280 0000 3191 1790

PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

Insurance does not cover certain items. For details regarding claims exclusions see the Mail Manual at http://pe.usps.com.
ernational Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FROM: Paul-Kenneth: Cromar
c/o 9870 N. Meadow Dr.
Cedar Hills, Utah [84062]

TO: D. Mark Jones
Clerk of the Court
351 S. West Temple
Salt Lake City, Utah
84101

AT RATE ENVELOPE
ATE ■ ANY WEIGHT

ACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE